PER CURIAM.
Affirmed. Proctor v. Hearne, 100 Fla. 1180, 131 So. 173 (1930); Biltmore Terrace Associates v. Kegan, 130 So.2d 631 (Fla. 3d DCA 1961); Creviston v. General Motors Corporation, 225 So.2d 331 (Fla.1969); In re Yohn’s Estate, 238 So.2d 290 (Fla.1970); Smith v. Continental Insurance Company, 326 So.2d 189 (Fla. 2d DCA 1976); Inman v. The Club on Sailboat Key, Inc., 342 So.2d 1069 (Fla. 3d DCA 1977); Alario v. Miller, 354 So.2d 925 (Fla. 2d DCA 1978); Robertson v. Goethel, 369 So.2d 365 (Fla. 3d DCA 1979); Applegate v. The Barnett Bank of Tallahassee, 377 So.2d 1150 (Fla.1980); Section 95.11(3)(a) Florida Statutes (1973).